THE STATE OF NEW HAMPSHIRE
JUDICIAL BRANCH
http://www.courts.state.nh.us



Court Name: Anthony V. Hillsborough County Department of Corrections, Superintendent

Case Name: United States District court, 55 pleasant St Room 5110 con, NH 03301

Case Number: 1:12-CV-00156-JL
(if known)

MOTION FOR: Continuance for this case 1:12-CV-00156-JL

The My Attorney: Lawrence A. Vogelman, 77 Central, St Man, NH 03101 states the following facts and requests the following relief:

withdraw from my case 1:12-CV-00156-JL, I got an letter stated that he would not be handling my court case 1:12-CV-00156-JL coming up nov-1-2012, In united states District court, before magistrate Judge landya B. McCafferty. So Im asking for an continuance in this matter, So I can get new counsel for this coming up matter nov-1-2012 Right now Im still incarcerated at the Hillsborough county correctional Facility my release date from this Facility will be 12-4-12, I need time to find new counsel for this matter, I would like to have this case 1:12-CV-00156-JL continue until the second week in Jan, 2013.

10-11-12                    Michael Anthony
Date                        Signature

                            445 Willow St, Manchester, NH 02103
Telephone                   Address

I certify that on this date I mailed/delivered a copy of this document to:

To Clerk office, united state District court    or  55 pleasant, St Room 110 concord NH 03301
(other party)                                       (other party's attorney)

10-11-12                    Michael Anthony
Date                        Signature

---

**ORDER**

☐ Motion granted.      ☐ Motion denied.
Recommended:
                                            David J.H.
                                            10/11/12

Date                        Signature of Marital Master

                            Printed Name of Marital Master

So Ordered:
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

Date                        Signature of Judge

                            Printed Name of Judge

NHJB-2201-DFS (01/01/2011)          Page 1 of 1
(formerly AOC 607-008)