UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Michael Anthony</u>

      v.         Civil No. 12-cv-156-JL

<u>Hillsborough County Department
of Corrections, Superintendent</u>

<u>O R D E R</u>

 I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated September 10, 2012, no objection having been filed." '[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"   <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988));   <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

 SO ORDERED.

October 14, 2012

              _____
              Joseph N. Laplante
              Chief Judge

cc: Michael Anthony
   John A. Curran, Esq.