UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Michael Anthony</u>

    v.                        Civil No. 12-cv-156-JL

<u>Emilio Rodriguez, et al.</u>

O R D E R

On January 8, 2013, a preliminary pretrial conference was held in this case. Plaintiff did not appear; Attorney John Curran appeared for defendants. The court approves defendants' Proposed Discovery Plan (document no. 19) with the following amendments:

    Motions for Summary Judgment due August 30, 2013.

    Completion of discovery by August 30, 2013.

    Trial scheduled for two-week period beginning January 7, 2014.

    SO ORDERED.

                                        _____
                                        Landya B. McCafferty
                                        United States Magistrate Judge

January 8, 2013

cc:  Michael Anthony, pro se
     John A. Curran, Esq.