UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Michael Anthony</u>

v.                                      Criminal No. 12-cv-156-JL

<u>Hillsborough County Department of
Corrections, Superintendent, et al.</u>

O R D E R

On October 26, 2012, the Court scheduled a preliminary pretrial for January 8, 2013 at 10:00 AM. A copy of the notice was mailed to Michael Anthony at c/o Hillsborough County Department of Corrections, 445 Willow Street, 1-D, Manchester, NH 03103.

Attorney John Curran informed the Court on January 3, 2013 that the plaintiff was released from custody on December 4, 2012. The Court called and confirmed with the Hillsborough County Department of Corrections that Mr. Harris had been released. Attorney Curran made a good faith effort to retrieve a current address for the Plaintiff, but was unsuccessful.

Pursuant to LR 83.6(e), an attorney or pro se party who has appeared before the court on a matter is under a continuing duty to notify the clerk's office of any change of address and telephone number.

The Plaintiff failed to appear for the hearing and has failed to notify the court of a change of address. Therefore, the case is dismissed without prejudice.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: April 22, 2013

cc:   John A. Curran, Esq.
      Michael Anthony, Pro se